AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

*Amy Lee Anderson-Assaah*

1221

_____
*Plaintiff(s)*

v.

*John Gioia* *et el*

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

**CV26.04811** NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*John Gioia*
*11?? San Pablo Avenue*
*El Cerrito, CA 94530*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Amy Lee Anderson-Assaah*
*1221 So. 14th Street*
*Richmond, CA 94804*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Eduardo Martinez
450 CNIC Center Plaza Ste 300
Richmond, CA 94804
Tel: 412 412-2070

John Gioia at:        El Cerrito, CA
11178 San Pablo Ave 94530
Tel: 510 942-2220
    or
    510 374-3429

.·        Administration

450 Jane Stanford Way
Stanford, CA 94305
Stanford Nanofabrication
Facility for "(Nanotechnology
            Researchers

    /SNF)

Delivery Hours are between Mailing
Via 420 Via Ortega, Room 158, Stanford,
                        CA 94305
                            4114

Mailing Address Mail code 4070 420
Via Palou Mail, Stanford CA 94305
4114

Nano Patterning/Flexible Cleanrooms (Spike Building): 348 Via Pueblo, Stanford, CA 94305

McCollough Building (Nano) "Research" and Centers): 476 Lomita Mall, Stanford, CA 94305

Does exist in footage, and is un-disputed facts.

c/o Nano—Stanford, University California's Branch of Nanobots.

Visit at—Nano @ Stanford(. . . (Nanolabs) Nanolabs. Stanford. edu