UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY LEE ANDERSON-ASAAH,
Plaintiff,

v.

JOHN GIOIA,
Defendant.

Case No. 26-cv-04811-JST

**ORDER DENYING MOTION FOR RECUSAL**

Re: ECF No. 18

The Court dismissed this case "because it is frivolous, does not comply with Rule 8 [of the Federal Rules of Civil Procedure], and fails to satisfy the substantiality doctrine." ECF No. 13. Plaintiff Amy Lee Anderson-Asaah subsequently filed a document entitled, "Motion to Recusal." ECF No. 18.

Plaintiff's filing consists of a handwritten caption page, followed by four typewritten pages, followed by what appears to be a copy of a state appellate court brief in a different case involving Plaintiff. The only reference to the Court is a comment that "Tigar's background is ugly." *Id.* at 3. The remainder of the document, aside from the appellate brief, contains "frivolous and unsubstantial factual allegations" similar to Plaintiff's complaint. ECF No. 13 at 2. As one example, the document begins, "Three Brothers, my Maternal, and Me, Queen Amy Lee Anderson-Asaah [sic], is in regarding lies after lies also; they are related to the prison sentencing prior to their deathrates cannot be a combativeness of my Ancestral Genealogies." ECF No. 18 at 2 (alteration in original).

Plaintiff's motion does not indicate any basis for the Court's recusal. For example, it does not present grounds on which the Court's "impartiality might reasonably be questioned," 28 U.S.C. § 455(a), nor does it argue that the Court "has a personal bias or prejudice concerning a

United States District Court
Northern District of California

United States District Court
Northern District of California

party, or personal knowledge of disputed evidentiary facts concerning the proceeding," 28 U.S.C. § 455(b)(1). Plaintiff's motion for recusal is therefore denied.

**IT IS SO ORDERED.**

Dated: July 17, 2026

JON S. TIGAR
United States District Judge